FILED - USDC - FLMD - ORL
DEC 3 2025 PM4:16

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:25-cr- 321- PGB- NWH
21 U.S.C. § 846
21 U.S.C. § 841
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

CHRISTIAN A. ROUX-REY
a/k/a "Twin", a/k/a "Kklashnikov"
JEREMIAH MALDONADO
a/k/a "Jae", a/k/a "Jaeblixky"
BENJAMIN RIVARD
a/k/a "Ghost"
ELENA JOSEPHINE FALZONE
a/k/a "Pogo", a/k/a "Pogo Glizzy"
ZAVIAR WANYA KIDD
a/k/a "Cher boy"
PAUL GABRIEL JACAS
a/k/a "Pablo"
OLIVIA MARIE GOEN
a/k/a "Shiinnobi", "Shiniobi" or "Livvi"
CARLOS YANDEL CARRASQUILLO RODRIGUEZ
a/k/a "Memo", a/k/a "Yak"
REBECCA L. MURRAY
a/k/a "Becca"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Drug Trafficking Conspiracy)

Beginning on an unknown date, but not later than on or about August 30, 2022, and continuing through on or about May 1, 2024, in the Middle District of Florida, and elsewhere, the defendants,

**CHRISTIAN A. ROUX-REY,**
a/k/a "Twin", a/k/a "Kklashnikov",

**JEREMIAH MALDONADO,**
a/k/a "Jae", a/k/a "Jaeblixky",
**BENJAMIN RIVARD,**
a/k/a "Ghost",
**ELENA JOSEPHINE FALZONE,**
a/k/a "Pogo", a/k/a "Pogo Glizzy",
**ZAVIAR WANYA KIDD,**
a/k/a "Cher boy",
**PAUL GABRIEL JACAS,**
a/k/a "Pablo",
**OLIVIA MARIE GOEN,**
a/k/a "Shiinnobi", "Shiniobi", **or "Livvi",**
**CARLOS YANDEL CARRASQUILLO RODRIGUEZ,**
a/k/a "Memo", a/k/a "Yak",
and
**REBECCA L. MURRAY,**
a/k/a "Becca",

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances.

With respect to **CHRISTIAN A. ROUX-REY** and **REBECCA MURRAY**, the violation involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A), and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

With respect to **ZAVIER WANYA KIDD** and **BENJAMIN RIVARD**, the violation involved 40 grams or more of a mixture and substance containing a

detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B), and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

With respect to **PAUL GABRIEL JACAS**, **ELENA JOSEPHINE FALZONE**, and **OLIVIA MARIE GOEN**, the violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

With respect to **JEREMIAH MALDONADO**, and **CARLOS YANDEL CARRASQUILLO RODRIGUEZ**, the violation involved a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

## COUNT TWO
## (Distribution of Fentanyl Resulting in Death)

On or about December 19, 2022, in the Middle District of Florida, the defendant,

**JEREMIAH MALDONADO,**
a/k/a "Jae", a/k/a "Jaeblixky",

did knowingly and intentionally distribute a controlled substance which resulted in the death of a person, C.P., on or about December 19, 2022. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**
**(Distribution of Fentanyl Resulting in Death)**

On or about April 16, 2023, in the Middle District of Florida, the defendant,

**BENJAMIN RIVARD,**
a/k/a "Ghost",

did knowingly and intentionally distribute a controlled substance which resulted in the death of a person, S.F., on or about April 16, 2023. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT FOUR**
**(Possession With Intent to Distribute Fentanyl)**

On or about August 2, 2023, in the Middle District of Florida, the defendant,

**BENJAMIN RIVARD,**
a/k/a "Ghost",

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT FIVE</u>**
**(Distribution of Fentanyl)**

On or about August 17, 2023, in the Middle District of Florida, the defendant,

**CHRISTIAN A. ROUX-REY,**
a/k/a "Twin", a/k/a "Kklashnikov",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT SIX</u>**
**(Possession With Intent to Distribute Methamphetamine and Fentanyl)**

On or about August 18, 2023, in the Middle District of Florida, the defendant,

**ZAVIAR WANYA KIDD,**
a/k/a "Cher boy",

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of methamphetamine and a mixture and substance containing a detectable amount of fentanyl, Schedule II controlled substances.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT SEVEN</u>**
**(Possession With Intent to Distribute Fentanyl and Methamphetamine)**

On or about August 21, 2023, in the Middle District of Florida, the defendant,

**BENJAMIN RIVARD,**

a/k/a "Ghost",

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B).

**COUNT EIGHT**
**(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about August 21, 2023, in the Middle District of Florida, the defendant,

**BENJAMIN RIVARD,**
a/k/a "Ghost",

did knowingly possess a firearm, that is a Ruger EC9s 9mm firearm, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, as alleged in Count Seven above; Count Seven being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

**COUNT NINE**
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about August 21, 2023, in the Middle District of Florida, the defendant,

**BENJAMIN RIVARD,**
a/k/a "Ghost",

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Aggravated Battery Causing Great Bodily Harm, on or about April 6, 2018,
2. Possession of more than 20 grams of marijuana, on or about February 19, 2019,
3. Possession of marijuana, on or about February 28, 2019,
4. Possession of cocaine, on or about February 28, 2019, and
5. Felony battery causing great bodily harm, on or about September 6, 2022,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Ruger EC9s 9mm firearm.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**COUNT TEN**
**(Distribution of Methamphetamine and Fentanyl)**

On or about August 22, 2023, in the Middle District of Florida, the defendant,

**CHRISTIAN A. ROUX-REY,**
a/k/a "Twin", a/k/a "Kklashnikov",

did knowingly and intentionally distribute controlled substances. The violation involved a mixture and substance containing a detectable amount of methamphetamine and a mixture and substance containing a detectable amount of fentanyl, Schedule II controlled substances.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT ELEVEN**
**(Possession With Intent to Distribute a Controlled Substance)**

On or about August 31, 2023, in the Middle District of Florida, the defendant,

**CHRISTIAN A. ROUX-REY,**
a/k/a "Twin", a/k/a "Kklashnikov",

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance and at least 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

**COUNT TWELVE**
**(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about August 31, 2023, in the Middle District of Florida, the defendant,

**CHRISTIAN A. ROUX-REY,**
a/k/a "Twin", a/k/a "Kklashnikov",

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, as alleged in Count Eleven above; Count Eleven being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

**COUNT THIRTEEN**
**(Distribution of Bromazolam)**

On or about September 15, 2023, in the Middle District of Florida, the defendant,

**ELENA JOSEPHINE FALZONE,**
a/k/a "Pogo", a/k/a "Pogo Glizzy",

did knowingly and intentionally distribute a controlled substance analog, which was meant for human consumption. The violation involved a mixture and substance containing a detectable amount of bromazolam, a Schedule IV controlled substance analog.

In violation of 21 U.S.C. §§ 841(a)(2) and 841(b)(2).

**COUNT FOURTEEN**
**(Distribution of Fentanyl)**

On or about September 15, 2023, in the Middle District of Florida, the defendant,

**ELENA JOSEPHINE FALZONE,**
a/k/a "Pogo", a/k/a "Pogo Glizzy",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT FIFTEEN</u>**
**(Distribution of Fentanyl)**

On or about October 24, 2023, in the Middle District of Florida, the defendant,

**PAUL GABRIEL JACAS,**
a/k/a "Pablo",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**<u>COUNT SIXTEEN</u>**
**(Distribution of Fentanyl)**

On or about November 3, 2023, in the Middle District of Florida, the defendant,

**ELENA JOSEPHINE FALZONE,**
a/k/a "Pogo", a/k/a "Pogo Glizzy",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT SEVENTEEN**
**(Distribution of Bromazolam)**

On or about November 3, 2023, in the Middle District of Florida, the defendant,

**ELENA JOSEPHINE FALZONE,**
a/k/a "Pogo", a/k/a "Pogo Glizzy",

did knowingly and intentionally distribute a controlled substance analog which was intended for human consumption. The violation involved a mixture and substance containing a detectable amount of bromazolam, a Schedule IV controlled substance analog.

In violation of 21 U.S.C. §§ 841(a)(2) and 841(b)(2).

**COUNT EIGHTEEN**
**(Distribution of Fentanyl)**

On or about November 3, 2023, in the Middle District of Florida, the defendant,

**PAUL GABRIEL JACAS,**
a/k/a "Pablo",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT NINETEEN**
**(Distribution of Fentanyl)**

On or about November 14, 2023, in the Middle District of Florida, the defendant,

**PAUL GABRIEL JACAS,**
a/k/a "Pablo",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT TWENTY**
**(Distribution of Fentanyl)**

On or about November 20, 2023, in the Middle District of Florida, the defendant,

**OLIVIA MARIE GOEN,**
a/k/a "Shiinnobi", "Shiniobi", or "Livvi"

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

COUNT TWENTY-ONE
**(Possession With Intent to Distribute Fentanyl)**

On or about November 30, 2023, in the Middle District of Florida, the defendant,

**PAUL GABRIEL JACAS,**
a/k/a "Pablo",
and
**CARLOS YANDEL CARRASQUILLO RODRIGUEZ,**
a/k/a "Memo", a/k/a "Yak",

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

COUNT TWENTY-TWO
**(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about November 30, 2023, in the Middle District of Florida, the defendant,

**PAUL GABRIEL JACAS,**
a/k/a "Pablo",

did knowingly possess a firearm, that is a Ruger LC9S 9mm pistol, in furtherance of, and during and in relation to, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, as alleged in Count Nineteen above; Count Nineteen being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

**COUNT TWENTY-THREE**
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about November 30, 2023, in the Middle District of Florida, the defendant,

**PAUL GABRIEL JACAS,**
a/k/a "Pablo",

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including at least one of the following offenses:

1. Resisting an officer with violence, on or about February 6, 2019;
2. Possession of cocaine, on or about May 3, 2019; and
3. Possession of cocaine with intent to sell, on or about October 12, 2020,

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Ruger LC9S 9mm pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**COUNT TWENTY-FOUR**
**(Distribution of Fentanyl)**

On or about January 2, 2024, in the Middle District of Florida, the defendant,

**ELENA JOSEPHINE FALZONE,**
a/k/a "Pogo", a/k/a "Pogo Glizzy",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT TWENTY-FIVE**
**(Distribution of Fentanyl)**

On or about January 5, 2024, in the Middle District of Florida, the defendant,

**OLIVIA MARIE GOEN,**
a/k/a "Shiinnobi", "Shiniobi", or "Livvi",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

**COUNT TWENTY-SIX**
**(Distribution of Fentanyl)**

On or about April 23, 2024, in the Middle District of Florida, the defendant,

**OLIVIA MARIE GOEN,**
a/k/a "Shiinnobi", "Shiniobi", or "Livvi",

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**COUNT TWENTY-SEVEN**
**(Possession with Intent to Distribute Fentanyl)**

On or about April 23, 2024, in the Middle District of Florida, the defendant,

**OLIVIA MARIE GOEN,**
a/k/a "Shiinnobi", "Shiniobi", or "Livvi",

did knowingly and intentionally possess with the intent to distribute a controlled substance. The violation involved at least 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

**FORFEITURE**

1. The allegations contained in Counts One through Twenty-Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. §§ 841 and/or 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants

obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. §§ 922(g) and/or 924(c), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violations.

4. The property to be forfeited includes, but is not limited to, the following:

a. Glock pistol, serial number BEVG661, and associated ammunition, seized from MALDONADO on or about December 19, 2022;

b. Ruger EC9s 9mm firearm, serial number 456-56128, and associated ammunition, seized from RIVARD on or about August 21, 2023, which were involved in the offenses charged in Counts Seven through Nine; and

c. items seized from ROUX-REY on or about August 31, 2023, which were involved in the offenses charged in Counts Eleven and Twelve:

1. Ruger 57 handgun, serial number 641-6706;
2. Glock handgun, serial number BTEK462;
3. ROA DRACO rifle, serial number ROA 21 PF-9744; and
4. all associated ammunition.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

F

GREGORY W. KEHOE
United States Attorney

By: ______________________
Rachel S. Lyons
Special Assistant United States Attorney

By: ______________________
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
December 25

No.

---

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

---

THE UNITED STATES OF AMERICA

vs.

ROUX-REY, CHRISTIAN ALEJANDRO ET AL.

---

# INDICTMENT

Violations: 21 U.S.C. § 846
21 U.S.C. § 841
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

---

A true

______________________________
eperson

---

Filed in open court this 3rd day

of December, 2025.

______________________________
Clerk

---

Bail $____________________

---

GPO 863 525